UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES ARIAS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LUSAMERICA FOODS,<br><br>    Defendant. | Case No. 21-cv-03642-SVK<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 26 |

Defendant's motion to stay this case in light of the pending, earlier-filed state court litigation in *Brooke v. Lusamerica Foods, Inc.,* Santa Clara County Case No. 20-cv-361392, came on for hearing on November 2, 2021. For the reasons stated on the record, the Court concludes that a stay is appropriate. Accordingly the motion to stay is **GRANTED**.

Defendant must file a status report **within 10 days** of the mediation scheduled for January 2022. A Further Case Management Conference is scheduled for **May 9, 2022**. The Parties must file a Joint Case Management Statement by **May 2, 2022.**

**SO ORDERED.**

Dated: November 2, 2021

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge