Sarju A. Naran (SBN 215410)
sarju.naran@hogefenton.com
Jenn M. Protas (SBN 250959)
jenn.protas@hogefenton.com
Maysa Saeed (SBN 323609)
maysa.saeed@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Phone: 408.287.9501
Fax: 408.287.2583

Attorneys for Defendant Lusamerica Foods, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELES ARIAS, LUIS VELASCO, and LUIS GARCIA, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LUSAMERICA FOODS, INC. (dba LUSAMERICA FISH), and DOES ONE through TWENTY inclusive,<br><br>Defendants. | Case No. 5:21-cv-03642<br><br>**DEFENDANT LUSAMERICA'S NOTICE OF STATUS OF RELATED STATE COURT CASE** |

## NOTICE OF STATUS OF RELATED STATE COURT CASE

**PLEASE TAKE NOTICE** that the parties in the related, parallel state court proceeding, *Jeremiah Brooke v. Lusamerica Foods, Inc.*, Case No. 20-cv-361692, currently pending in the Superior Court of the State of California for the County of Santa Clara, have reached a tentative settlement agreement to resolve all alleged causes of action. Defendant Lusamerica Foods, Inc. ("Lusamerica") will provide a further status update at the next Case Management Conference scheduled on May 9, 2022 at 9:30 a.m. before this Court, unless the Court requests an earlier update.

1 | DATED: January 12, 2022

HOGE, FENTON, JONES & APPEL, INC.

By: _____
Sarju A. Naran
Attorneys for Defendant Lusamerica Foods, Inc.