UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELES ARIAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LUSAMERICA FOODS,<br><br>　　　　Defendant. | Case No.  21-cv-03642-SVK<br><br>**ORDER VACATING NOVEMBER 8, 2022 CASE MANAGEMENT CONFERENCE**<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL IN LIGHT OF SETTLEMENT OF STATE COURT ACTION** |

Having reviewed the Parties' November 1, 2022 Joint Case Management Statement (Dkt. 39), the Court **ORDERS** as follows:

1. The Case Management Conference scheduled for November 8, 2022 is **VACATED**.

2. A dismissal or joint status report is due by **March 21, 2023.** If the case is not dismissed by that deadline, the Parties are to appear on **March 28, 2023 at 1:30 p.m.** and show cause why the case should not be dismissed.

3. If the status of the settlement of the state court case changes, the Parties must inform the Court within 5 business days.

**SO ORDERED.**

Dated: November 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
SUSAN VAN KEULEN
United States Magistrate Judge